MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3693
   Facsimile: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00348 WDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' MOTION TO DISMISS DEFENDANT GLENDA MOORE FROM INFORMATION AND [PROPOSED] ORDER |
| GLENDA HAMILTON MOORE, | ) | |
| Defendant. | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss Defendant Glenda Hamilton Moore from the above-captioned information. On August 19, 2010, the United States received notice from the United States Pre-Trial Services Agency of Defendant's

///

///

///

///

MOTION TO DISMISS
CR-09-00348 WDB

1 | satisfactory completion of the terms of the Pre-Trial Diversion Agreement.

3 | DATED: September 24, 2010        Respectfully Submitted,

MELINDA HAAG
United States Attorney

_____
WADE M. RHYNE
Assistant United States Attorney

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss Defendant Glenda Hamilton from the information in case number CR 09-00348 WDB.

DATED: September 24, 2010        /s/Laurel Beeler
_____
HON. LAUREL BEELER
United States District Court Judge